**In The Interest of S.S.C., B.M.C., A.L.C., and J.V.C.; Plaintiff,**

**K.C. (Mother) and J.C. (Father), Appellants,**

v.

**Missouri Children's Division, Respondent.**

**Nos. WD 65064, WD 65112.**

Missouri Court of Appeals, Western District.

Oct. 4, 2005.

Neal R. Quitno, Nevada, MO, Guardian Ad Litem for S.S.C., B.M.C., A.L.C., and J.V.C.

David Slaby, Nevada, MO, for Appellant K.C.

Judy R. Ullmann, Nevada, MO, for Appellant, J.C.

Nichole L. Loethen, Jefferson City, MO, for Respondent.

Before VICTOR C. HOWARD, P.J., JAMES M. SMART and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

K.C. (mother) and J.C. (father) appeal the termination of their parental rights of their children, S.S.C., B.M.C., A.L.C., and J.V.C.

For the reasons explained in the memorandum furnished to the parties, we affirm. Rule 84.16(b).